JPML FORM 1A

## DOCKET ENTRIES

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 384 -- IN RE AIR CRASH DISASTER NEAR RAF LAKENHEATH, ENGLAND,
ON MARCH 29, 1978

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 3/12/79 | 1 | MOTION, BRIEF, SCHEDULE OF CASES and CERT. OF SVC -- Defendant General Dynamics Corp.   (emh) SUGGESTED TRANSFEREE DISTRICT:  Northern District of Texas SUGGESTED TRANSFEREE JUDGE: |
| 3/22/79 | 2 | BRIEF, CERT. OF SVC. -- Deft. McDonnell Douglas Corp.(ea) |
| 3/22/79 | | APPEARANCES -- Clinton H. Coddington, Esq. for General Dynamics Corp.; Robert M. Lucy, Esq. for McDonnell Douglas Corp.; Seymour L. Ellison, Esq. for Marjorie Ann Moore, etc., Jane Ann Kitchell########, etc. (ea) |
| 3/27/79 | 3 | RESPONSE/BRIEF -- Plaintiffs Moore and Kitchell -- w/ Appendix A and w/cert. of svc.     (emh) |
| 3/30/79 | | HEARING ORDER -- Setting A-1 through A-3 for hearing in the E.D. Missouri on April 27, 1979  (cds) |
| 4/9/79 | 4 | REPLY/BRIEF -- Movant General Dynamics Corp. -- w/cert. of service (cds0 |
| 4/24/79 | 5 | LETTER -- Plaintiffs A-1, A-2, A-3 enclosing copy /Foley, D.Nev. dismisal order in A-3 signed by Judge H############## Ltr. signed by Gary Logan, dated 4/20/79 (rew) |
| 4/24/79 | | ORDER -- denying motion as moot and vacating hearing scheduled 4/27/79 St. Louis, Mo., Notified counsel, involved judges, clerks (rew) |
| 5/7/79 | 6 | LETTER -- General Dynamics Corp., dated 4/30/79 signed by Clinton H. Coddington, Esq. (ea) |
| 5/7/79 | 7 | PETITION FOR ORDER REINSTATING MOTION FOR TRANSFER PURSUANT to 28 U.S.C. §1407 -- General Dynamics Corp. (ea) |
| 5/9/79 | 8 | LETTER --concerning Mr. Coddington's letter of 4/30/79-- dated 5/7/79, signed by Gary Logan, Esq. (ea) |

JPML Form 1

Revised: 8/78

DOCKET NO. _____ -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: _____

| SUMMARY OF LITIGATION | | | | | | |
|---|---|---|---|---|---|---|
| Hearing Dates | Orders | | | Transferee | | |
| 4/27/79 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | 4/24/79 | m.) | Denied | | | |

### Special Transferee Information

DATE CLOSED: _4/24/79_

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 384 -- IN RE AIR CRASH DISASTER NEAR RAF LAKENHEATH, ENGLAND, ON March 29, 1978

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Marjorie Ann Moore, etc. v. General Dynamics Corp., et al. | N.D.Cal. Ingram | C78-2973-WAI | | | | |
| A-2 | Jane Ann Kitchell v. General Dynamics Corp., et al. | N.D.Cal. Ingram | C78-1583-WAI | | | | |
| A-3 | Jane Ann Kitchell, etc. v. General Dynamics Corp., et al. | D.Nev. Foley | CV 78-200-RDF | | | 4/18/79 | |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 384 -- In re Air Crash Disaster Near RAF Lakenheath, England, on
March 29, 1978

---

GENERAL DYNAMICS CORPORATION
Clinton H. Coddington, Esq.
Tucker & Coddington
5 Palo Alto Square, Ste. 250
3000 El Camino Real
Palo Alto, Calif. 94304

MCDONNELL DOUGLAS CORPORATION
Robert M. Lucy, Esq.
Bryan, Cave, McPheeters & McRoberts
500 North Broadway
St. Louis, Missouri 63102

MARJORIE ANN MOORE, ETC. (A-1)
JANE ANN KITCHELL, ETC. (A-2, A-3)
Seymour L. Ellison, Esq.
1005-1045 Sansome Street
San Francisco, Calif. 94111

JPML FORM 3

p. _____

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. __384__ -- In re Air Crash Disaster Near RAF Lakenheath, England, on March 29, 1978

| Name of Party | Named as Party in Following Actions |
|---|---|
| General Dynamics Corp. | A-1, A-2, A-3 |
| McDonnell-Douglas Corp. | A1, A2, A3 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |