DOCKET NO. 384

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE AIR CRASH NEAR RAF LAKENHEATH, ENGLAND, ON MARCH 29, 1978

ORDER DENYING MOTION AS MOOT AND VACATING HEARING

On April 20, 1979, the action pending in the District of Nevada and listed on the attached Schedule A was dismissed. Because the remaining two actions in this litigation are each pending in the same district,

IT IS ORDERED that the motion pursuant to 28 U.S.C. §1407 for transfer of the actions listed on the attached Schedule A to the Northern District of Texas be, and the same hereby is, DENIED as moot.

IT IS FURTHER ORDERED that the hearing order filed on March 30, 1979, and the schedule attached thereto be, and the same hereby are, VACATED insofar as they relate to the above-captioned litigation.

FOR THE PANEL:

Murray I. Gurfein
Chairman

SCHEDULE A                                                        DOCKET NO. 384

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Marjorie Ann Moore, etc. v. General Dynamics Corp., et al. | Civil Action No. C78-2973-WAI |
| Jane Ann Kitchell v. General Dynamics Corp., et al. | Civil Action No. C78-1583-WAI |

### DISTRICT OF NEVADA

| | |
|---|---|
| Jane Ann Kitchell, etc. v. General Dynamics Corp., et al. | Civil Action No. CV 78-200-RDF |